## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

RICHARD ROGALINSKI, Individually
and on Behalf of the Class,

      Plaintiffs,               Case No. 8:21-cv-01749-SDM-SPF

v.

FACEBOOK, INC., a Foreign Corporation,

      Defendant.

_____/

## NOTICE OF NAME CHANGE AND
## UNOPPOSED MOTION TO AMEND CAPTION

Defendant Facebook, Inc. hereby gives notice that it has changed its name from "Facebook, Inc." to "Meta Platforms, Inc." effective October 28, 2021, and respectfully moves to amend the case caption to reflect that change.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), undersigned counsel certifies that Plaintiff agrees to the relief requested in this motion.

**DATED**: December 3, 2021        Respectfully Submitted,

                                              */s/ Dennis P. Waggoner*
                                              Dennis P. Waggoner (FBN: 509426)
                                              Dennis.Waggoner@hwhlaw.com

-2-

        Tori C. Simmons (FBN: 107081)
        Tori.Simmons@hwhlaw.com
        Hill Ward Henderson, P.A.
        101 East Kennedy Blvd. Suite 3700
        Tampa, FL 33602
        Telephone: (813) 221-3900
        Facsimile: (813) 221-2900

        Craig S. Primis, P.C. (*pro hac vice* forthcoming)
        K. Winn Allen, P.C. (*pro hac vice* forthcoming)
        KIRKLAND & ELLIS LLP
        1301 Pennsylvania Avenue, N.W.
        Washington, D.C. 20004
        Telephone: (202) 389-5000
        Facsimile: (202) 389-5200
        Email: cprimis@kirkland.com
        Email: winn.allen@kirkland.com

        *Attorneys for Defendant Meta Platforms, Inc. (f/k/a Facebook, Inc.)*