Michael P. Esser (SBN 268634)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Tel: (415) 439-1400 / Fax: (415) 439-1500
Email: michael.esser@kirkland.com

Craig S. Primis, P.C. (admitted *pro hac vice*)
K. Winn Allen, P.C. (admitted *pro hac vice*)
Katherine H. Epstein (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 389-5000 / Fax: (202) 389-5200
Email: cprimis@kirkland.com
Email: winn.allen@kirkland.com
Email: kate.epstein@kirkland.com

*Attorneys for Defendants Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RICHARD ROGALINSKI,<br><br>    Plaintiff,<br><br>    v.<br><br>META PLATFORMS, INC.,<br><br>    Defendant. | CASE NO. 3:22-CV-02482-CRB<br><br>**AGREED MOTION FOR AN ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS** |

On April 22, the United States District Court for the Middle District of Florida transferred the case to the Northern District of California. ECF No. 31. Defendant proposes the following briefing schedule for its Motion to Dismiss:

| Brief | Due Date |
| --- | --- |
| Defendant's Motion to Dismiss | Thursday, June 2, 2022 |
| Plaintiff's Opposition to Defendant's Motion to Dismiss | Thursday, June 23, 2022 |
| Defendant's Reply in Support of Motion to Dismiss | Thursday, July 14, 2022 |

Counsel for Defendant conferred telephonically with counsel for Plaintiff on May 9, 2022, and by e-mail on May 11, 2022, and counsel for Plaintiff indicated that he agreed with the relief sought herein.

Consistent with the above, Defendant submits the accompanying Proposed Order.

DATED: May 16, 2022                                   Respectfully submitted,

*s/ Michael P. Esser*
Michael P. Esser (SBN 268634)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Tel: (415) 439-1400 / Fax: (415) 439-1500
Email: michael.esser@kirkland.com

*Attorneys for Defendant Meta Platforms, Inc.*