IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ROGALINSKI,<br>　　　　Plaintiff,<br>　　v.<br>META PLATFORMS, INC.,<br>　　　　Defendant. | Case No. 22-cv-02482-CRB<br><br>**JUDGMENT** |

　　Having granted Defendant's motion to dismiss without leave to amend, see Order Granting MTD (dkt. 61), the Court hereby enters judgment for Defendant Meta Platforms, Inc. and against Plaintiff Richard Rogalinski.

**IT IS SO ORDERED.**

Dated: August 9, 2022

CHARLES R. BREYER
United States District Judge